IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GILBERTO ALVAREZ, | § | |
| | § | |
| *Plaintiff* | § | |
| | § | Civil No. 6:16-cv-172-ADA |
| -v- | § | |
| | § | |
| | § | |
| MARK ESPER, in his official capacity as | § | |
| Secretary of the Department of the Army, | § | |
| | § | |
| *Defendant.* | § | |

PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS FOR PROSPECTIVE JURORS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE

NOW COMES Plaintiff Gilberto Alvarez and files his proposed voir dire

questions for prospective jurors:

### **General Questions**

1. Is anyone here familiar with or has had any type of interaction with any of the following:
   a. Mr. Gilberto Alvarez
   b. Mr. James Spell
   c. Col. Gregory Weaver
   d. Maj. Ivan Antosh
   e. Mr. Valentin Cruz
   f. Michael Perez
   g. Richard Perez
   h. Gayle Johnson
   i. Rex Thomas
   j. Donna Bowling
   k. Aretha Furman
   l. Lynn Smith

   If you are familiar or have had any type of interaction with one of these individuals, please describe the interaction or how you are familiar with

them.

2. Are you acquainted with any of the attorneys who are here?

3. Do you know anyone else on the jury panel?

4. Has anyone served as a juror before? What kind of case? Were you the foreman? Did the jury reach a verdict?

5. What is your favorite news source?

6. Does anyone hold religious, moral, or ethical beliefs that prevents them from sitting as a juror or in judgment of others?

7. What TV shows do you regularly watch?

8. Is anyone here either a veteran or currently serving (active or reserve) in the military?

9. Does anyone here hold the military or armed services in a negative light? Why?

## Bias regarding the Army

10. Does anyone here know of someone who formerly served or currently serves in the military? Who? When?  In what position?  Why did they leave?

11. Has anyone heard of Fort Hood before? How do you know of it? What opinions do you hold of it or its members?

12. Have you, a family member, or a friend ever been employed by a branch of the armed services of the federal government?  Who? When?  In what position? Why did you/they leave?

13. Who believes the military is entitled to the benefit of the doubt regarding hiring, firing, and promotion decisions it makes?

14. Many people think that the decisions of the federal government and military should not be questioned.  Who shares that belief?

15. Who would feel uncomfortable evaluating the motives the Army and Army personnel in making hiring, firing, and promotion decisions?

## Personal Experience

16. Has anyone been sued? What were the allegations? How did that case get resolved?

17. Has anyone filed a lawsuit?  What were the allegations?  How did that case get resolved?

18. Do you feel most lawsuits are frivolous?

19. Have you ever felt discriminated against in the workplace?  What happened? What did you do?  How did it get resolved?

20. Who here has been denied a promotion in the workplace? What happened? Do you think it was unfair?

21. Who here believes that discrimination is a thing of the past?

22. Who believes that retaliation for reporting discrimination is a thing of the past?

23. Who here believes that complaining of discrimination is an excuse people sometimes make? Why?

24. Do you believe that people who complain of discrimination are just covering up their own workplace short comings?

25. Are you a member of any organization that pertains to the justice system or to reform or modification of the justice system?

26. Many people believe that if you don't like the policies, procedures, or environment at your place of work you should quit and find another job rather than complain about the situation. Who here shares that view? Why?

27. Is there anything in your own personal experience and knowledge that has not already been discussed in this process that would lead you to believe that you may not be the right juror for this case or this kind of case?

28. The judge is going to instruct you on the law regarding Title VII of the Civil Rights Act of 1964.  Does anyone have first-hand experience or know someone with first-hand experience with Title VII?  Please describe that experience.

29. Has anyone here worked in Human Resources for a company or agency?  Did you receive special training?  What kind of training?

30. Has anyone promoted or demoted an employee?  If yes, for what reason?  What factors did you consider before promoting/demoting the employee?

31. Has anyone made a complaint or report about workplace conditions?  What was it about?  Why did you make the complaint or report? What did you want to

happen?  What actually happened?  Is that what you expected?  Why do you think that happened?

32. Has anyone been retaliated against by their employer or boss because of a complaint they made?  What happened?  Was that fair?

### Bias regarding damages

33. The plaintiff in this case seeks damages for mental anguish, emotional distress, and other not easily quantifiable injuries.  Many people do not believe money should be awarded for such things.  Who shares that view?

34. Who thinks damages in a lawsuit should be limited in some way to prevent the plaintiff from getting too much money?  In what way should it be limited? Is there a particular amount above which you would not go regardless of the evidence?

35. Many people believe that monetary awards against businesses and the government do more harm than good.  Who shares that view?

### Bias regarding the Burden of proof in a civil case

36. The burden of proof in this case is a preponderance of the evidence.  That means that a fact is proven if it is more likely right than wrong.  Who thinks that burden of proof is too easy for a plaintiff?

37. Who would need to be convinced beyond a reasonable doubt in order to render a verdict?

38. Would you be able to reach a verdict if you were less than 100% sure of a fact? If so, what percentage of certainty would you need to find for the Plaintiff?

### Bias regarding circumstantial evidence

39. The parties may prove facts by circumstantial evidence.  That means, for example, testimony by a witness who observed a wet umbrella inside a room may be sufficient to prove that it was raining outside, even though there is no testimony that anyone actually looked outside to see whether it was raining. Another example would be testimony from a witness about seeing smoke may be sufficient to prove there was a fire.  However, many people would be unable to make a decision without direct evidence or direct observation of a fact or event.  Who shares that view? Would anyone here be unable to reach a verdict based only on circumstantial evidence?

## **Bias regarding employees/ employers**

40. Considering your own personal experience and knowledge, is there anything that you can identify that would cause you to start off on the side of an employer in an employment dispute, even just a little bit, before hearing any evidence in this case whatsoever? If yes, please explain?

41. Do you believe employers should be able to fire employees for whatever reason they see fit without second guessing from lawyers, courts, and juries?

## **Bias regarding retaliation claims**

42. This case involves allegations of retaliation for reporting discrimination. Many people believe that retaliation and discrimination are a thing of the past. Who shares that view?

43. Many people believe that retaliation can *only* be shown by first showing discrimination. Who shares that view?