IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GILBERTO ALVAREZ, | § | |
| | § | |
| Plaintiff | § | |
| | § | Civil No. 6:16-cv-172-RP-JCM |
| -v- | § | |
| | § | |
| | § | |
| | § | |
| DEPARTMENT OF THE ARMY | § | |
| Defendant. | § | |

## JUDGMENT

On October 8, 2019, the jury rendered a verdict in favor of Plaintiff.  The Court received the verdict and ordered it filed, and hereby renders judgment in accordance with the verdict of the jury.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Gilberto Alvarez do have and recover of and from the Defendant Department of the Army:

1. $33,472 in backpay, plus prejudgment interest in the amount of $_____$, and post-judgment interest at a rate of 1.60% per annum from the date of this judgment, compounded annually, until paid.

2. $33,472 in past compensatory damages, plus prejudgment interest in the amount of $_____$, and post-judgment interest at a rate of 1.60% per annum from the date of this judgment, compounded annually, until paid.

3.  $33,472 in future compensatory damages and post-judgment interest at a rate of 1.60% per annum from the date of this judgment, compounded annually, until paid.

4.  Promotion to the position of Supervisor of the Brace Shop effective _____, with emoluments, cost of living adjustments, pay increases, and seniority that appertain to the position of Supervisor of the Brace Shop.

    a.  In the alternative, in lieu of instatement, front pay to Plaintiff in the amount of $_____ and post-judgment interest at a rate of 1.60% per annum from the date of this judgment, compounded annually, until paid.

5.  Attorneys' fees and costs of suit herein incurred.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff's motion for attorneys' fees and costs, supported by proper affidavit, be filed within 14 days of the entry of this judgment.


SIGNED AND ENTERED THIS _____day of _____ 2019.


_____
Judge Alan D. Albright
UNITED STATES DISTRICT JUDGE