IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **GILBERTO ALVAREZ,** *Plaintiff* | § § § § § § § § § § § | |
| **-vs-** | | **CIVIL NO. 6-16-CV-00172-ADA** |
| **RYAN D. MCCARTHY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF THE ARMY;** *Defendant* | | |

## FINAL JUDGMENT

On October 8, 2019, the jury rendered a verdict in favor of Plaintiff. The Court received the verdict and ordered it filed. Plaintiff filed a Motion for Judgment on the Verdict, which the Court granted in part and denied in part on February 24, 2020. Dkt. 114. In so doing, the Court directed the parties to file a "joint final judgment." *Id.*

Defendant, Ryan D. McCarthy, in his official capacity as Secretary of the Department of the Army, opposes entry of judgment in favor of Plaintiff, objects to the substance of Plaintiff's proposed judgment, and agrees as to form only with Plaintiff's proposed final judgment, subject to and without waiver of Defendant's rights, objections, and arguments to be asserted in Defendant's Motion for New Trial, appeal, and any other motions or petitions for post-trial relief.

The Court hereby renders judgment as follows:

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Gilberto Alvarez do have and recover of and from the Defendant Department of the Army:

1. $29,972 in backpay, plus prejudgment interest through March 5, 2020 in the amount of $7,815.60, and post-judgment interest at a rate of 0.89% per annum from the date of this judgment, compounded annually, until paid.

2. $33,472 in past compensatory damages, plus prejudgment interest through March 5, 2020 in the amount of $8,737.44, and post-judgment interest at a rate of 0.89% per annum from the date of this judgment, compounded annually, until paid.

3. $33,472 in future compensatory damages and post-judgment interest at a rate of 0.89% per annum from the date of this judgment, compounded annually, until paid.

4. Front pay to Plaintiff in the amount of $31,262.87 and post-judgment interest at a rate of 0.89% per annum from the date of this judgment, compounded annually, until paid.

5. Attorneys' fees and costs of suit herein incurred.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's motion for attorneys' fees and costs, supported by proper affidavit, be filed within 14 days of this Order. **SIGNED** this 9th day of March 2020.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE