United States District Court
Western District Of Texas
Waco Division

| | |
|---|---|
| **Gilberto Alvarez**, <br><br>   Plaintiff, <br><br> v. <br><br> **Ryan D. McCarthy, in his official capacity as Secretary, Department of the Army**, <br><br>   Defendant. | Civil Action No. 6:16-CV-172-ADA |

## Notice of Appeal

Notice is hereby given that Ryan D. McCarthy, in his official capacity as Secretary, Department of the Army, defendant in the above named case, appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this action on March 9, 2020 (Dkt. 116), and the Order Denying Defendant's Motion for New Trial or Remittitur entered on June 30, 2020 (Dkt. 134).

Dated: August 31, 2020          Respectfully submitted,

**JOHN F. BASH**
United States Attorney

*/s/ Liane Noble*
**LIANE NOBLE**
Assistant United States Attorney
Texas Bar No. 24079059
903 San Jacinto Blvd., Ste. 334
Austin, Texas 78701
(512) 370-1252 (phone)
(512) 916-5854 (fax)
Liane.Noble@usdoj.gov
**JACQUELYN M. CHRISTILLES**
Assistant United States Attorney
Texas State Bar No. 24075431
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7100 (phone)
(210) 384-7312 (fax)
Jacquelyn.Christilles@usdoj.gov

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    I certify that on August 31, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this case.

*/s/ Liane Noble*
**LIANENOBLE**
Assistant United States Attorney