# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 23, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 20-50465   Gilberto Alvarez v. Ryan McCarthy, Secretary
                  USDC No. 6:16-CV-172

Enclosed is an order entered in this case.

                                   Sincerely,

                                   LYLE W. CAYCE, Clerk

                                   By: _____
                                   Casey A. Sullivan, Deputy Clerk
                                   504-310-7642

Ms. Jacquelyn Michelle Christilles
Ms. Jeannette Clack
Mr. Robert Edward McKnight Jr.
Ms. Liane Ngin Noble
Mr. Colin William Walsh

# United States Court of Appeals
# for the Fifth Circuit

---

No. 20-50465

---

Gilberto Alvarez,

          *Plaintiff—Appellant Cross-Appellee*,

*versus*

Ryan D. McCarthy, Secretary of the Army, In his official capacity,

          *Defendant—Appellee Cross-Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:16-CV-172

---

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the cross-appeal is dismissed as of November 23, 2020, pursuant to Cross-Appellant's unopposed motion.

Case 20-50465 Document: 00515649221 Page: 2 Date Filed: 11/23/2020
Case 1:20-cv-00172-ADA Document 51-1 Filed 11/23/20 Page 3 of 3

20-50465

                                        LYLE W. CAYCE
                                        Clerk of the United States Court
                                        of Appeals for the Fifth Circuit

By: _____
                Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT